THE STATE EX REL. ERNST, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Ernst v. Indus. Comm.* (1998), 82 Ohio St.3d 406.]

(No. 96–46—Submitted May 27, 1998—Decided July 29, 1998.)

*Clements, Mahin & Cohen, Edward Cohen* and *Catharin R. Taylor,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jeffrey D. Snyder,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents.

ALICE ROBIE RESNICK, J., dissenting.  I would reverse the judgment of the court of appeals.

DOUGLAS, J., concurs in the foregoing dissenting opinion.